IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFONSO SINGLETON,

    Plaintiff,

v.                                   CASE NO. 1:05-cv-00082-MP-EMT

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 26, Report and Recommendation of the Magistrate Judge, indicating that the Defendant has agreed to a remand of this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). No objections to the Report and Recommendation were filed and the time for doing so has passed. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Motion to Reverse and Remand (Doc. 22) is granted. The Commissioner's decision denying benefits is reversed, and this case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to enter final judgment in favor of the Claimant and to close this file.

    **DONE AND ORDERED** this  *14th*  day of March, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge