IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFONSO SINGLETON,

    Plaintiff,

v.                                  CASE NO. 1:05-cv-00082-MP-EMT

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 32, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff be awarded fees under 28 U.S.C. §2412, the Equal Access to Justice Act ("EAJA"). The defendant did not object to the fee request or to the Report and Recommendation. Additionally, the Court agrees with the Magistrate Judge that the fees requested are reasonable. Accordingly,

    **ORDERED AND ADJUDGED:**

Plaintiff's counsel, N. Albert Bacharach, Jr., Esquire, is entitled to recover fees in the amount of $1,175.54 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees and hourly rates requested under the EAJA are reasonable; and the Commissioner is directed to pay counsel that amount.

    **DONE AND ORDERED** this *21st* day of December, 2006

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge